**FILED**

2018 JUN 13 PM 4:39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
COREY J. MANTEI
Assistant United States Attorney
State Bar No.: 029685
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: corey.mantei@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RM(BGM)

| United States of America, | CR18-1102TUC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Feliciano Madrid-Sanchez, | 8 U.S.C. § 1326(a) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about May 15, 2018, at or near Douglas, in the District of Arizona, Feliciano Madrid-Sanchez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Houston, Texas, on or about October 2, 2013, and not having obtained the express consent

///

of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated:   June 13, 2018

REDACTED FOR PUBLIC