Randolfo V. López, Esq.
Law Offices of Randolfo V. López, P.C.
177 North Church Avenue, Suite 312
Tucson, Arizona 85701-1140
Telephone: (520) 620-1800
Facsimile: (520) 624-5586
AZ State Bar No. 010050
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | NO. CR 18-1102 TUC RM (BGM) |
|---|---|---|
| Plaintiff, | ) | NOTICE OF INTENT TO WAIVE DEFENDANT'S PRESENCE AT ARRAIGNMENT |
| vs. | ) | |
| FELICIANO MADRID-SANCHEZ, | ) | |
| Defendant. | ) | |

Counsel, on behalf of Defendant, hereby tenders Notice of Intent to Waive Defendant's Presence at Arraignment presently scheduled for Friday, June 29, 2018, at 11:00 AM.

SUBMITTED this  21st  day of  June , 2018.

                                                        s/ *Randolfo V. Lopez*
                                                           Randolfo V. Lopez