UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
FILED ___  ___ LODGED
RECEIVED ___ ___ COPY

JUL 16 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| United States of America | Case Number: CR-18-01102-001-TUC-RM (BGM) |
|---|---|
| v. | **CONSENT OF DEFENDANT** |
| Feliciano Madrid-Sanchez | **AND ORDER OF REFERRAL** |

### ORDER OF REFERRAL

Defendant Feliciano Madrid-Sanchez having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Bruce G. Macdonald to administer the allocution pursuant to Rule 11, Fed. R. Crim. P., and to make findings as follows:

(A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:
(B) whether the plea of guilty should be accepted by the District Court.

SO ORDERED: _____
Honorable Rosemary Márquez
United States District Judge

### CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral

_Feliciano Madrid S_
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

Dated this 16th day of July, 2018.